1

2

3

4

**IN THE UNITED STATES DISTRICT COURT,
DISTRICT OF NEVADA, SOUTHERN DIVISION**

5

| | |
|---|---|
| HYBRID INTERNATIONAL, LLC, a Texas limited liability company,<br><br>   Plaintiff,<br><br><br>v.<br><br>SCOTIA INTERNATIONAL OF NEVADA, INC, a Utah corporation; DOES I THROUGH X; and ROE business entities I through X, inclusive,<br><br>   Defendants.<br>_____<br><br>And related counterclaim and Third-Party Complaint | **STIPULATION REGARDING OPPOSITION TO, AND REPLY IN SUPPORT OF, MOTIONS FILED BY PLAINTIFF HYBRID INTERNATIONAL, LLC, AND THIRD-PARTY DEFENDANT JOHNATHAN SCHULTZ**<br><br>Case No. 2:19-CV-02077-JCM-EJY<br><br>Judge:   JAMES C. MAHAN<br><br>Magistrate Judge: ELAYNA J YOUCHAH |

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

   Plaintiff and Counterdefendant Hybrid International, LLC, Third-Party Defendant

Johnathan Schultz, and Defendant Scotia International of Nevada, Inc., by and through their

respective undersigned counsel, hereby stipulate as follows:

   Defendant Scotia International of Nevada, Inc. may have until April 11, 2020, to file its

opposition to the following filings:

     Document 12: Hybrid International, LLC's and Johnathan Schultz's Motion to

       Dismiss Pursuant to FRCP 12(b)(6);

     Document 13: Hybrid International, LLC's and Johnathan Schultz's Motion to Strike

       Pursuant to FRCP 12(f); and

     Document 14: Hybrid International, LLC's and Johnathan Schultz's Motion for a

More Definite Statement Pursuant to FRCP 12(e).

Plaintiff and Counterdefendant Hybrid International and Third-Party Defendant Johnathan Schultz shall have until April 22 to file their respective Replies in Support of the above-referenced motions.

DATED this 27th day of March, 2020.

RANDALL K. EDWARDS

*/s/ Randall K. Edwards*
Counsel for Scotia International of Nevada, Inc.

SCOTT A. MARQUIS

*/s/ Scott A. Marquis*
Counsel for Hybrid International, LLC, and Johnathan Schultz

IT IS SO ORDERED.

_____
UNITED STATES MAGISTRATE JUDGE

Dated: March 30, 2020