**Randall K. Edwards PLLC**
Randall K. Edwards
Nevada Bar No. 203
188 North 100 West
Bountiful, Utah  84010
801-328-0300 (office)
801-328-4822 (fax)
randall@randallkedwards.com
Attorney for Defendant Scotia
International of Nevada, Inc.

# IN THE UNITED STATES DISTRICT COURT, DISTRICT OF NEVADA, SOUTHERN DIVISION

| | |
|---|---|
| HYBRID INTERNATIONAL, LLC, a Texas limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SCOTIA INTERNATIONAL OF NEVADA, INC, a Utah corporation; DOES I THROUGH X; and ROE business entities I through X, inclusive,<br><br>Defendants.<br>_____<br><br>And related counterclaim and Third-Party Complaint | **STIPULATION AND ORDER REGARDING EXTENSIONS OF TIME TO FILE OPPOSITIONS TO, AND REPLY IN SUPPORT OF, MOTIONS FILED BY PLAINTIFF HYBRID INTERNATIONAL, LLC, AND THIRD-PARTY DEFENDANT JOHNATHAN SCHULTZ**<br>**(SECOND REQUEST)**<br><br>Case No.   2:19-CV-02077-JCM-EJY<br><br>Judge:            JAMES C. MAHAN<br><br>Magistrate Judge:    ELAYNA J YOUCHAH |

Plaintiff and Counterdefendant Hybrid International, LLC, Third-Party Defendant Johnathan Schultz, and Defendant Scotia International of Nevada, Inc., by and through their respective undersigned counsel, hereby make this second stipulation regarding the filing of the following documents, as follows:

Defendant Scotia International of Nevada, Inc. (SION) may have until April 24, 2020, to

file its opposition to the following filings:

>Document 12: Hybrid International, LLC's and Johnathan Schultz's Motion to Dismiss Pursuant to FRCP 12(b)(6);

>Document 13: Hybrid International, LLC's and Johnathan Schultz's Motion to Strike Pursuant to FRCP 12(f); and

>Document 14: Hybrid International, LLC's and Johnathan Schultz's Motion for a More Definite Statement Pursuant to FRCP 12(e).

Plaintiff and Counterdefendant Hybrid International and Third-Party Defendant Johnathan Schultz shall have until May 8, 2020 to file their respective Replies in Support of the above-referenced motions.

This is the second stipulation and request for extension of time, and is occasioned by the illness of counsel for SION.

DATED this 9th day of April, 2020.

RANDALL K. EDWARDS

*/s/ Randall K. Edwards*
Counsel for Scotia International of Nevada, Inc.

SCOTT A. MARQUIS

*/s/ Scott A. Marquis*
Counsel for Hybrid International, LLC, and Johnathan Schultz

IT IS SO ORDERED April 20, 2020.

_____
James C. Mahan
U.S. District Court Judge

- 2 -