**Marquis Aurbach Coffing**
Scott A. Marquis, Esq.
Nevada Bar No. 6407
Michael D. Maupin, Esq.
Nevada Bar No. 13721
10001 Park Run Drive
Las Vegas, Nevada 89145
Telephone: (702) 382-0711
Facsimile: (702) 382-5816
smarquis@maclaw.com
mmaupin@maclaw.com
*Attorneys for*
*Hybrid International, LLC*
*and Johnathan Schultz*

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| HYBRID INTERNATIONAL, LLC, a Texas limited liability company,<br><br>Plaintiff,<br><br>vs.<br><br>SCOTIA INTERNATIONAL OF NEVADA, INC, a Utah corporation; DOES I THROUGH X; and ROE business entities I through X, inclusive,<br><br>Defendant. | Case Number:<br>2:19-CV-02077-JCM-EJY<br><br>**STIPULATION AND ORDER FOR EXTENSION OF TIME TO ADD PARTIES**<br><br>**(FIRST REQUEST)** |
| SCOTIA INTERNATIONAL OF NEVADA, INC., a Utah corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>HYBRID INTERNATIONAL, LLC, a Texas limited liability company,<br><br>Counterdefendant. | |
| SCOTIA INTERNATIONAL OF NEVADA, INC., a Utah corporation,<br><br>Third-Party Plaintiff, | |

*(sidebar)* MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:15970-002 Stipulation and Order for Extension of Time

vs.

JOHNATHAN SCHULTZ, an individual,

Third-Party Defendant.

IT IS HEREBY STIPULATED by and between Plaintiff/Counterdefendant Hybrid International LLC and third-party defendant Johnathan Schultz (collectively "the Hybrid defendants") through their counsel, Marquis Aurbach Coffing, and defendant/counterclaimant/third-party Plaintiff Scotia International of Nevada, Inc. ("Scotia") by and through its counsel, Randall K. Edwards, Esq. ("Defendant"), that the parties shall have a thirty day extension up to and including August 29, 2020, in which to add parties. This stipulation is submitted based upon motion practice regarding dismissal/striking of counterclaims and the need to adapt litigation strategy in the face of the Court's recent orders on those motions.

Dated this 29th day of July, 2020.

**MARQUIS AURBACH COFFING**

By */s/Michael Maupin*
    Scott A. Marquis, Esq.
    Nevada Bar No. 6407
    Michael D. Maupin, Esq.
    Nevada Bar No. 13721
    10001 Park Run Drive
    Las Vegas, Nevada 89145
    *Attorneys for*
    *Hybrid International, LLC*
    *and Johnathan Schultz*

**RANDALL K. EDWARDS**

By */s/Randall Edwards*
    Randall K. Edwards, Esq.
    Nevada Bar No. 203
    188 North 100 West
    Bountiful, Utah 84010
    *Attorneys for Scotia International of Nevada, Inc.*

**IT IS SO ORDERED.**

_____
UNITED STATES MAGISTRATE JUDGE

Dated:  July 30, 2020

MARQUIS AURBACH COFFING
10001 Park Run Drive
Las Vegas, Nevada 89145
(702) 382-0711 FAX: (702) 382-5816

MAC:15970-002 Stipulation and Order for Extension of Time