Randall K. Edwards (Nevada Bar No. 203)
188 North 100 West
Bountiful, Utah 84010
801-328-0300 (office)
801-328-4822 (fax)
randall@randallkedwards.com
Attorney for Scotia International
of Nevada, Inc., Warren Barber
and Max Barber

Joseph J. Huggins (Nevada Bar No. 4456)
8275 S. Eastern Avenue, Ste. 200
Las Vegas, Nevada 89123
702-664-2074 (telephone)
702-940-4088 (fax)
Local Counsel for Service

**IN THE UNITED STATES DISTRICT COURT,
DISTRICT OF NEVADA, SOUTHERN DIVISION**

| | |
|---|---|
| HYBRID INTERNATIONAL, LLC, a Texas limited liability company; JOHNATHAN SCHULTZ, an individual<br><br>　　Plaintiffs,<br>v.<br><br>SCOTIA INTERNATIONAL OF NEVADA, INC, a Utah corporation; WARREN BARBER, an individual; MAX BARBER, an individual; DOES I THROUGH X; and ROE business entities I through X, inclusive,<br><br>　　Defendants.<br>_____<br><br>SCOTIA INTERNATIONAL OF NEVADA, INC., a Utah corporation, WARREN BARBER, an individual, and MAX WARREN BARBER, an individual,<br><br>　　Counterclaimants,<br>v.<br><br>HYBRID INTERNATIONAL, LLC, a Texas limited liability company, and JOHNATHAN SCHULTZ,<br><br>　　Counterdefendants. | **MOTION TO WITHDRAW AS COUNSEL**<br><br>Case No.   2:19-CV-02077-JCM-EJY<br><br>Judge:　　　JAMES C. MAHAN<br><br>Magistrate Judge:   ELAYNA J. YOUCHAH |

Pursuant to LR IA 11-6(b), the undersigned, Randall K. Edwards, Nevada Bar No. 203,

("Counsel") and Joseph J. Huggins, Nevada Bar No. 4456 ("Local Counsel") hereby move to withdraw as counsel for the following:

**SCOTIA INTERNATIONAL OF NEVADA, INC. ("Client")**
4455 South 700 East, Suite No. 300
Salt Lake City, Utah  84107
(Corporate Headquarters)

4643 Highland Drive
Salt Lake City, Utah  84117
(Office Building)

**WARREN DUNN BARBER ("Client")**
3665 Millbrook Terrace
Salt Lake City, Utah  84106
mail@scotiacorp.com

**MAX WARREN BARBER ("Client")**
1098 South 1900 East
Salt Lake City, Utah  84108
max@scotiacorp.com

The reasons for withdrawal are as follows:

An irreconcilable conflict between Counsel and Clients has arisen with regard to this case and other matters in which Counsel has represented Clients, which make Counsel's continued representation of Clients untenable and impossible.  Counsel is willing to divulge further information in this regard in an *ex parte in camera* communication to the Court, if required.  Such communication must be confidential in order that the rights of Client will not be compromised in this action.

This motion is made without the client's consent and is accompanied by: certification that Client has been served with (i) a copy of this motion, (ii) the attached written description of the status of the case, including the dates and times of any scheduled court proceedings, pending compliance with any existing court orders, and the possibility of sanctions.

Counsel for Plaintiffs do not oppose this motion.

The undersigned certifies that no trial date is set.

There are certain outstanding discovery requests in this case, issued by Plaintiff to Defendants ("Clients" herein), as follows:

- Hybrid International, LLC's First Set of Interrogatories to Scotia International fo Nevada, Inc., dated 27 October 2020;

- Hybrid International, LLC's First Request for Production of Documents and Things to Scotia International of Nevada, Inc., dated 27 October 2020; and
- Hybrid International, OOC's First Request for Admissions to Scotia International of Nevada, Inc., dated 27 October 2020.

These discovery requests have been provided to Defendants/Clients.

Counsel for Plaintiff have agreed and stipulated that the responses to these discovery requests will not be due until 30 days after the time has expired for Defendants to appear and/or appoint new counsel, as ordered by this court.

The parties do not anticipate that this Withdrawal of Counsel will unreasonably delay discovery or any other proceeding before this court.

Under LR IA 11-6(b), the Clients may, but are not required to, file a response to this motion within 14 days of the filing thereof, unless otherwise ordered by the court.

In the event this motion is granted, Client or new counsel for Client must appear and file a notice of appearance after entry of the order, as directed by the court. No corporation, association, partnership, limited liability company or other artificial entity may appear *pro se*, but must be represented by an attorney who is admitted to practice in this court.

**CERTIFICATION**

Counsel hereby certifies that a copy of this Motion for Withdrawal of Counsel has been sent to Clients at the addresses indicated above, and to counsel for Plaintiffs at the addresses indicated below.

DATED this 9th day of November, 2020.

/s/ Randall K. Edwards
Randall K. Edwards
Nevada Bar No. 203
188 North 100 West
Bountiful, Utah 84010
801-328-0300 (office)
801-328-4822 (fax)
randall@randallkedwards.com
Attorney for Scotia International
of Nevada, Inc., Warren Barber
and Max Barber

- 3 -

MOTION TO WITHDRAW AS COUNSEL

*/s/ Joseph J. Huggins*
Joseph J. Huggins
Nevada Bar No. 4456
8275 S. Eastern Avenue, Ste. 200
Las Vegas, Nevada 89123
702-664-2074 (telephone)
702-940-4088 (fax)
Local Counsel for Service

- 4 -

MOTION TO WITHDRAW AS COUNSEL

RANDALL K. EDWARDS
ATTORNEY AT LAW
188 NORTH 100 WEST
BOUNTIFUL, UTAH 84010

## CERTIFICATE OF SERVICE

I hereby certify that on the foregoing date cited above, I caused a true and correct copy of the foregoing to be served, via email, regular mail, and the court's electronic notification process, to the following:

Marquis Aurbach Coffing
Scott A. Marquis, Esq.
Michael D. Maupin, Esq.
10001 Park Run Drive
Las Vegas, Nevada 89145

*/s/ Randall K. Edwards*
RANDALL K. EDWARDS
Nevada Bar No. 203
188 North 100 West
Bountiful, Utah  84010
801-328-0300 (office)
801-328-4822 (fax)
randall@randallkedwards.com
Attorney for Scotia International
of Nevada, Inc., Warren Barber
and Max Barber

- 5 -

MOTION TO WITHDRAW AS COUNSEL