UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| HYBRID INTERNATIONAL, LLC, a Texas limited liability company,<br><br>Plaintiff,<br><br>v.<br><br>SCOTIA INTERNATIONAL OF NEVADA, INC., a Utah corporation; DOES I through X; and ROE business entities I through X, inclusive,<br><br>Defendants. | Case No. 2:19-cv-02077-JCM-EJY<br><br>**ORDER** |
| SCOTIA INTERNATIONAL OF NEVADA, INC., a Utah corporation,<br><br>Counterclaimant,<br><br>v.<br><br>HYBRID INTERNATIONAL, LLC, a Texas limited liability company,<br><br>Counterdefendant. | |

Before the Court is the Motion to Withdraw as Counsel (ECF No. 63). On November 12, 2020, Plaintiff filed a Non-Opposition to the Motion to Withdraw (ECF No. 64).

The Court has carefully reviewed the Motion to Withdraw and finds that Counsel for Defendants establish a reasonable and good faith basis for withdrawing from this matter.

Accordingly,

IT IS HEREBY ORDERED that the Motion to Withdraw as Counsel (ECF No. 63) is GRANTED.

IT IS FURTHER ORDERED that the due date for Defendants' responses to Plaintiff's written discovery is stayed for thirty (30) days from the present due date. The Court calculates the new due date as December 30, 2020 (presuming service of written discovery by mail).

IT IS FURTHER ORDERED that neither party shall propound written discovery or set depositions during the period measured from the date of this Order through December 30, 2020. This approximate six week period of stayed discovery is provided so that Defendants may locate and retain new counsel. If Defendants need a brief extension (one to two weeks) of the time to retain counsel due to holidays that occur during this stay period, they shall contact counsel for Plaintiff alerting them to the same, and the parties shall jointly contact the Court by telephone to state their stipulation to the extension.

IT IS FURTHER ORDERED that Messrs. Edwards and Huggins shall take reasonable steps to ensure that each Defendant is sent a copy of this Order by electronic mail, certified mail return receipt requested, and regular U.S. Mail.

IT IS FURTHER ORDERED that upon obtaining new counsel, Defendants shall immediately provide a copy of this Order to such counsel.

Dated this 13th day of November, 2020

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE