1  GUNDERSON LAW FIRM
2  Mark H. Gunderson, Esq.
   Nevada State Bar No. 2134
3  mgunderson@gundersonlaw.com
   Luke A. Walker, Esq.
4  Nevada State Bar No. 14429
   lwalker@gundersonlaw.com
5  3895 Warren Way
   Reno, Nevada 89509
6  Telephone: 775.829.1222
7  Facsimile: 775.829.1226
   *Attorneys for Scotia International of Nevada, Inc.,*
8  *Warren Barber, and Max Barber*

9

10              **UNITED STATES DISTRICT COURT**

11                  **DISTRICT OF NEVADA**

12  HYBRID INTERNATIONAL, LLC, a Texas        Case No. 2:19-cv-02077-JCM-EJY
13  limited liability company; JOHNATHAN
    SCHULTZ, an individual
14
15                  Plaintiff,              **MOTION TO WITHDRAW AS**
                                            **COUNSEL**
16          vs.

17  SCOTIA INTERNATIONAL OF NEVADA,
18  INC., a Utah corporation; WARREN BARBER,
    an individual; MAX BARBER, an individual;
19  DOES I through X; and ROE business entities I
    though X, inclusive,
20
21                  Defendants.
    _____/
22  SCOTIA INTERNATIONAL OF NEVADA,
    INC., a Utah corporation,
23
24                  Counterclaimant,

25          vs.

26  HYBRID INTERNATIONAL, LLC, a Texas
    limited liability company,
27
28                  Counterdefendant.
    _____/

GUNDERSON LAW FIRM
A PROFESSIONAL
LAW CORPORATION
3895 Warren Way
RENO, NEVADA 89509
(775) 829-1222

- 1 -

Mark H. Gunderson, Esq., and Luke A. Walker, Esq., and the Gunderson Law Firm, counsel for Scotia International of Nevada, Inc., Warren Barber, and Max Barber, seek an order from this Court permitting its withdrawal as counsel of record for Scotia International of Nevada, Inc., Warren Barber, and Max Barber. This motion is based upon United States District Court District of Nevada Local Rules of Practice LR IA 11-6, Rule 1.16 of the Nevada Rules of Professional Conduct, the attached memorandum of points and authorities, and the attached affidavit of counsel.

<u>**MEMORANDUM OF POINTS AND AUTHORITIES**</u>

Local Rule of Practice LR IA 11-6(b) permits the attorney in an action to withdraw upon motion to the Court and service on the affected client and opposing counsel. The affected client, may, but is not required to, file a response to the attorney's motion within 14 days of the filing of the motion, unless the court orders otherwise. LR IA 11-6(b). Withdrawal may be permitted without cause if it will not result in delay of discovery, the trial, or any hearing in the case. LR IA 11-6(e). Rule 1.16(b) of the Nevada Rules of Professional Conduct states, in relevant part, that a lawyer may withdraw from representing a client if withdrawal can be accomplished without material adverse effect on the interests of the client, or the representation will result in an unreasonable financial burden on the lawyer or has been rendered unreasonably difficult by the client. See Nev. R. Prof. Conduct 1.16(b)(1) & (6).

///
///
///
///
///
///
///
///
///
///
///

GUNDERSON LAW FIRM
A PROFESSIONAL
LAW CORPORATION
3895 Warren Way
RENO, NEVADA  89509
(775) 829-1222

- 2 -

1    Now is the proper time for the attorneys of record at the Gunderson Law Firm to withdraw

2  from this case. The parties currently are awaiting Court's Order on Hybrid International, LLC's

3  Motion for Summary Judgment, which was unopposed. There are no other pending motions in the

4  case. Sufficient time exists before the commencement of any further proceedings for Scotia

5  International of Nevada, Inc., Warren Barber, and Max Barber to locate new counsel to prepare to

6  pursue the case in pro per. Withdrawal at this time will not result in the delay of proceedings and can

7  be accomplished without material adverse effect on the interests of the affected client.

8    DATED this _11_ day of February, 2022.

9                          GUNDERSON LAW FIRM

12                          Mark H. Gunderson, Esq.
13                          Nevada State Bar No. 2134
                            Luke A. Walker, Esq.
14                          Nevada State Bar No. 14429
                            *Attorneys for Scotia International*
15                          *of Nevada, Inc., Warren Barber, and*
                            *Max Barber*

GUNDERSON LAW FIRM
A PROFESSIONAL
LAW CORPORATION
3895 Warren Way
RENO, NEVADA 89509
(775) 829-1222

- 3 -

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of the law office of GUNDERSON LAW FIRM, and on the _11_ day February, 2022 I electronically filed the **MOTION TO WITHDRAW AS COUNSEL** and a copy will be electronically mailed by the United States District Court-District of Nevada through CM/ECF to the following:

> Scott A. Marquis, Esq.
> Michael D. Maupin, Esq.
> Marquis Aurbach Coffing
> 10001 Park Run Drive
> Las Vegas, Nevada 89145
> *Attorneys for Hybrid International, LLC*
> *and Johnathan Schultz*

Cinnamon Konieczka

Pursuant to FRCP 5(b), I certify that I am an employee of the law office of GUNDERSON LAW FIRM, and on the _11_ day February, 2022 I deposited for mailing in Reno, Nevada a true and correct copy of the **MOTION TO WITHDRAW AS COUNSEL** to the following:

> Scotia International of Nevada, Inc.
> 4645 S. Highland Dr.
> Holladay, UT 84117
>
> Max Barber
> 4645 S. Highland Dr.
> Holladay, UT 84117
>
> Warren Barber
> 4645 S. Highland Dr.
> Holladay, UT 84117

Cinnamon Konieczka

GUNDERSON LAW FIRM
A PROFESSIONAL
LAW CORPORATION
3895 Warren Way
RENO, NEVADA 89509
(775) 829-1222