GUNDERSON LAW FIRM
Mark H. Gunderson, Esq.
Nevada State Bar No. 2134
mgunderson@gundersonlaw.com
Luke A. Walker, Esq.
Nevada State Bar No. 14429
lwalker@gundersonlaw.com
3895 Warren Way
Reno, Nevada 89509
Telephone: 775.829.1222
Facsimile: 775.829.1226
*Attorneys for Scotia International of Nevada, Inc., Warren Barber, and Max Barber*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HYBRID INTERNATIONAL, LLC, a Texas limited liability company; JOHNATHAN SCHULTZ, an individual<br><br>Plaintiff,<br><br>vs.<br><br>SCOTIA INTERNATIONAL OF NEVADA, INC., a Utah corporation; WARREN BARBER, an individual; MAX BARBER, an individual; DOES I through X; and ROE business entities I though X, inclusive,<br><br>Defendants.<br>_____/<br>SCOTIA INTERNATIONAL OF NEVADA, INC., a Utah corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>HYBRID INTERNATIONAL, LLC, a Texas limited liability company,<br><br>Counterdefendant.<br>_____/ | Case No. 2:19-cv-02077-JCM-EJY<br><br>**SUPPLEMENT TO MOTION TO WITHDRAW AS COUNSEL; DECLARATION OF MARK H. GUNDERSON, ESQ. AND DECLARATION OF LUKE A. WALKER, ESQ.** |

- 1 -

GUNDERSON LAW FIRM
A PROFESSIONAL
LAW CORPORATION
3895 Warren Way
RENO, NEVADA 89509
(775) 829-1222

Mark H. Gunderson, Esq., and Luke A. Walker, Esq., and the Gunderson Law Firm, counsel for Scotia International of Nevada, Inc., Warren Barber, and Max Barber, file these Declarations of Mark H. Gunderson, Esq., **Exhibit "1"** and Luke A. Walk, Esq., **Exhibit "2"**, as supplements to its *Motion to Withdraw as Counsel* (Doc #88) filed the 11th day of February, 2002.

DATED this 15 day of February, 2022.

    GUNDERSON LAW FIRM

*[signature]*

Mark H. Gunderson, Esq.
Nevada State Bar No. 2134
Luke A. Walker, Esq.
Nevada State Bar No. 14429
*Attorneys for Scotia International
of Nevada, Inc., Warren Barber,
and Max Barber*

GUNDERSON LAW FIRM
A PROFESSIONAL
LAW CORPORATION
3895 Warren Way
RENO, NEVADA 89509
(775) 829-1222

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of the law office of GUNDERSON LAW FIRM, and on the 15th day of February, 2021 I electronically filed the **SUPPLEMENT TO MOTION TO WITHDRAW AS COUNSEL; DECLARATION OF MARK H. GUNDERSON, ESQ. AND DECLARATION OF LUKE A. WALKER, ESQ.**, and a copy will be electronically mailed by the United States District Court-District of Nevada through CM/ECF to the following:

>Scott A. Marquis, Esq.
>Michael D. Maupin, Esq.
>Marquis Aurbach Coffing
>10001 Park Run Drive
>Las Vegas, Nevada 89145
>*Attorneys for Hybrid International, LLC and Johnathan Schultz*

_____
Cinnamon Konieczka

Pursuant to FRCP 5(b), I certify that I am an employee of the law office of GUNDERSON LAW FIRM, and on the 15th day February, 2022 I deposited for mailing in Reno, Nevada a true and correct copy of the **SUPPLEMENT TO MOTION TO WITHDRAW AS COUNSEL; DECLARATION OF MARK H. GUNDERSON, ESQ. AND DECLARATION OF LUKE A. WALKER, ESQ.**, to the following:

>Scotia International of Nevada, Inc.
>4645 S. Highland Dr.
>Holladay, UT 84117
>
>Max Barber
>4645 S. Highland Dr.
>Holladay, UT 84117
>
>Warren Barber
>4645 S. Highland Dr.
>Holladay, UT 84117

_____
Cinnamon Konieczka

GUNDERSON LAW FIRM
A PROFESSIONAL
LAW CORPORATION
3895 Warren Way
RENO, NEVADA 89509
(775) 829-1222

- 3 -

# EXHIBIT LIST

| Exhibit # | Description | Pages |
|---|---|---|
| Exhibit "1" | Declaration of Mark H. Gunderson, Esq. | 1 |
| Exhibit "2" | Declaration of Luke A. Walker, Esq. | 1 |