# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

***

| | |
|---|---|
| HYBRID INTERNATIONAL, LLC, a Texas limited liability company; JOHNATHAN SCHULTZ, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTIA INTERNATIONAL OF NEVADA, INC., a Utah corporation; WARREN BARBER, an individual; MAX BARBER, an individual; DOES I THROUGH X; and ROE business entities I through X, inclusive,<br><br>Defendants.<br><br>SCOTIA INTERNATIONAL OF NEVADA, INC., a Utah corporation,<br><br>Counterclaimant,<br><br>v.<br><br>HYBRID INTERNATIONAL, LLC, a Texas limited liability company,<br><br>Counterdefendant. | 2:19-cv-02077-JCM-EJY<br><br>**ORDER** |

On February 11, 2022, counsel for Scotia International of Nevada, Inc., Warren Barber, and Max Barber filed a Motion to Withdraw as Counsel. ECF No. 88. Counsels' declarations filed in support of the Motion states that communications with their clients have ceased making it difficult to continue representation. Counsel also state that they have fulfilled the limited purpose of their engagement. The represented parties have not responded to the Motion. Under District of Nevada Local Rule 7-2(d) the Court may treat the failure to oppose the Motion as consent to granting the Motion.

Accordingly, IT IS HEREBY ORDERED that the Motion to Withdraw as Counsel (ECF No. 88) is GRANTED.

1  IT IS FURTHER ORDERED that the Gunderson Law Firm shall serve a copy of this Order on each of their former clients by mail and email to the extent they have applicable addresses.

Dated this 28th day of February, 2022.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE