GUNDERSON LAW FIRM
Mark H. Gunderson, Esq.
Nevada State Bar No. 2134
mgunderson@gundersonlaw.com
Luke A. Walker, Esq.
Nevada State Bar No. 14429
lwalker@gundersonlaw.com
3895 Warren Way
Reno, Nevada 89509
Telephone: 775.829.1222
Facsimile: 775.829.1226
*Attorneys for Scotia International of Nevada, Inc., Warren Barber, and Max Barber*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| HYBRID INTERNATIONAL, LLC, a Texas limited liability company; JOHNATHAN SCHULTZ, an individual<br><br>Plaintiff,<br><br>vs.<br><br>SCOTIA INTERNATIONAL OF NEVADA, INC., a Utah corporation; WARREN BARBER, an individual; MAX BARBER, an individual; DOES I through X; and ROE business entities I though X, inclusive,<br><br>Defendants.<br>_____/<br>SCOTIA INTERNATIONAL OF NEVADA, INC., a Utah corporation,<br><br>Counterclaimant,<br><br>vs.<br><br>HYBRID INTERNATIONAL, LLC, a Texas limited liability company,<br><br>Counterdefendant.<br>_____/ | Case No. 2:19-cv-02077-JCM-EJY<br><br>**CERTIFICATE OF SERVICE BY CERTIFIED MAIL, U.S. MAIL, AND ELECTRONIC MAIL** |

GUNDERSON LAW FIRM
A PROFESSIONAL
LAW CORPORATION
3895 Warren Way
RENO, NEVADA 89509
(775) 829-1222

- 1 -

Pursuant to the *Order Granting Motion to Withdraw as Counsel* (ECF No.93), filed the 28th day of February, 2022 and pursuant to NRCP 5(b) I certify that I am an employee of the Gunderson Law Firm and that on the 1st day of March, 2022, I served a copy of the *Order Granting Motion to Withdraw as Counsel* (ECF No.93) attached as **Exhibit "1."**, by depositing a true and correct copy for certified first-class mailing in the United States Mail at Reno, Nevada addressed to the following:

    Scotia International of Nevada, Inc.
    4645 S. Highland Dr.
    Holladay, UT 84117
    Certified Tracking No.: 7019 0160 0000 8222 4422

    Max Barber
    4645 S. Highland Dr.
    Holladay, UT 84117
    Certified Tracking No.: 7019 0160 0000 8222 4354

    Warren Barber
    4645 S. Highland Dr.
    Holladay, UT 84117
    Certified Tracking No.: 7019 0160 0000 8222 4460

Pursuant to NRCP 5(b), I certify that I am an employee of the law office of Gunderson Law Firm, and that on the 1st day of March 2022, I deposited for first-class mailing in the United States Mail at Reno, Nevada a true and correct copy of the *Order Granting Motion to Withdraw as Counsel* addressed, to the following:

    Scotia International of Nevada, Inc.
    4645 S. Highland Dr.
    Holladay, UT 84117

    Max Barber
    4645 S. Highland Dr.
    Holladay, UT 84117

    Warren Barber
    4645 S. Highland Dr.
    Holladay, UT 84117

///
///

GUNDERSON LAW FIRM
A PROFESSIONAL
LAW CORPORATION
3895 Warren Way
RENO, NEVADA 89509
(775) 829-1222

Pursuant to NRCP 5(b), I certify that I am an employee of the law office of Gunderson Law Firm, and that on the 1st day of March, 2022, I electronically mailed a true and correct copy of the *Order Granting Motion to Withdraw as Counsel*, to the following:

Scotial International of Nevada, Inc.
Attn: Max Baber
max@scotiacorp.com

Warren Barber
mail@scotiacorp.com

_____
Cinnamon Konieczka

**AFFIRMATION**

The undersigned does hereby affirm that the preceding document, **CERTIFICATE OF SERVICE BY CERTIFIED MAIL AND ELECTRONIC MAIL**, filed in the Second Judicial District Court of the State of Nevada, County of Washoe, does not contain the social security number of any person.

DATED this 1 day of March, 2022.

GUNDERSON LAW FIRM

_____
Mark H. Gunderson, Esq.
Nevada State Bar No. 2134
Luke A. Walker, Esq.
Nevada State Bar No. 14429
*Attorneys for Scotia International of Nevada, Inc., Warren Barber, and Max Barber*

GUNDERSON LAW FIRM
A PROFESSIONAL
LAW CORPORATION
3895 Warren Way
RENO, NEVADA 89509
(775) 829-1222

- 3 -

**CERTIFICATE OF SERVICE**

Pursuant to FRCP 5(b), I certify that I am an employee of the law office of GUNDERSON LAW FIRM, and on the \_1st\_ day of March, 2022 I electronically filed the **CERTIFICATE OF SERVICE BY CERTIFIED MAIL, U.S. MAIL, AND ELECTRONIC MAIL** and a copy will be electronically mailed by the United States District Court-District of Nevada through CM/ECF to the following:

Scott A. Marquis, Esq.
Michael D. Maupin, Esq.
Marquis Aurbach Coffing
10001 Park Run Drive
Las Vegas, Nevada 89145
*Attorneys for Hybrid International, LLC
and Johnathan Schultz*

Cinnamon Konieczka

- 4 -

# EXHIBIT LIST

| Exhibit # | Description | Pages |
|---|---|---|
| Exhibit "1" | Order Granting Motion to Withdraw as Counsel | 2 |