# UNITED STATES DISTRICT COURT
## DISTRICT OF NEVADA
***

| | |
|---|---|
| HYBRID INTERNATIONAL, LLC, a Texas limited liability company; JOHNATHAN SCHULTZ, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTIA INTERNATIONAL OF NEVADA, INC., a Utah corporation; WARREN BARBER, an individual; MAX BARBER, an individual; DOES I THROUGH X; and ROE business entities I through X, inclusive,<br><br>Defendants.<br><br>SCOTIA INTERNATIONAL OF NEVADA, INC., a Utah corporation,<br><br>Counterclaimant,<br><br>v.<br><br>HYBRID INTERNATIONAL, LLC, a Texas limited liability company,<br><br>Counterdefendant. | 2:19-cv-02077-JCM-EJY<br><br>**ORDER** |

Pending before the Court is Hybrid International LLC and Johnathan Schultz's Motion to Remove Attorney from Service List. ECF No. 101. Counsel for movants represents that Tabetha A. Martinez is no longer an attorney with Marquis Aurbach.

Good cause appearing, IT IS HEREBY ORDERED that the Motion to Remove Attorney from Service List (ECF No. 101) is GRANTED.

DATED this 23rd day of September, 2022.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1