**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\*\*\*

| | |
|---|---|
| HYBRID INTERNATIONAL, LLC, a Texas limited liability company; JOHNATHAN SCHULTZ, an individual,<br><br>Plaintiffs,<br><br>v.<br><br>SCOTIA INTERNATIONAL OF NEVADA, INC., a Utah corporation; WARREN BARBER, an individual; MAX BARBER, an individual; DOES I THROUGH X; and ROE business entities I through X, inclusive,<br><br>Defendants.<br><br>SCOTIA INTERNATIONAL OF NEVADA, INC., a Utah corporation,<br><br>Counterclaimant,<br><br>v.<br><br>HYBRID INTERNATIONAL, LLC, a Texas limited liability company,<br><br>Counterdefendant. | 2:19-cv-02077-JCM-EJY<br><br>**ORDER** |

Pending before the Court is the Motion to Withdraw as Counsel for Defendants Warren Barber and Max Barber. ECF No. 112. In his Motion, Counsel states he was retained to represent and prepare for the Barbers a Motion to Vacate or Set Aside Judgment under Rule 60(b). *Id*. at 1. Counsel states, and the docket confirms, the Motion to Vacate was filed on May 2, 2024, and then withdrawn on May 8, 2024. ECF Nos. 110, 111. Prior to these events judgment was entered and this matter was closed. ECF Nos. 107, 108. The Court finds, under these circumstance, the Motion to Withdraw as Counsel is properly granted without delay.

1

Accordingly, IT IS HEREBY ORDERED that the Motion to Withdraw as Counsel for Defendants Warren Barber and Max Barber (ECF No. 112) is GRANTED.

DATED this 8th day of May, 2024.

_____
ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE